IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES,**<br><br>**v.**<br><br>**TIMOTHY WILLIAM, JAEVONN ARCHER and MALIK WILLIAMS**<br><br>. | **Case No: 1:24-CR-00162-RBW**<br><br>**The Hon. Reggie B. Walton** |

**UNOPPOSED MOTION TO MODIFY PRETRIAL SCHEDULING ORDER**

Jaevonn Archer, by and through undersigned counsel, respectfully files this Unopposed Motion to Modify the Pretrial Scheduling Order (ECF No. 100). The government does not oppose the motion. Counsel for Mr. Malik Williams has asked for abetment of the proceedings as to his client and has no objection. Counel for Mr. Timothy Williams takes no position.

Trial in this matter is currently scheduled for January 4, 2027. Joint Proposed Voir Dire, Verdict Forms, and Jury Instructions are due to the Court Friday October 30, 2026. The parties are in good faith negotiations and there may be a resolution short of trial in this matter. In light of that, the parties are requesting brief of extension of Friday's deadline for joint submission to November 20, 2026.

The requested extensions will permit the parties to continue the negations while preparing for trial without impacting the scheduled trial date or the remaining pre-trial deadlines. Therefore, Mr. Archer respectfully requests that the Court grant the proposed modifications to the Pretrial Scheduling Order.

Respectfully Submitted,

THE LAW OFFICE OF JESSE WINOGRAD

Date: October 29, 2026

/s/ *Jesse Winograd*

Jesse Winograd
D.C. Bar No: 986610
5335 Wisconsin Ave. NW, Suite 440
Washington, DC 20015
Phone: (202) 302-7429
jwinograd@jwinogradlaw.com
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

Respectfully submitted,

Date: October 29, 2026

/s/ *Jesse Winograd*
Jesse Winograd, Esq. (DC Bar #986610)